**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

THE STATE OF LOUISIANA,
By and through its Attorney General, JEFF
LANDRY;

THE STATE OF MONTANA,
By and through its Attorney General, AUSTIN
KNUDSEN;

THE STATE OF ARIZONA,                                 CIVIL ACTION NO. _____
By and through its Attorney General, Mark
Brnovich;

THE STATE OF ALABAMA, By and through
its Attorney General, STEVE MARSHALL;

THE STATE OF GEORGIA, By and through
its Attorney General, CHRISTOPHER CARR;

THE STATE OF IDAHO, By and through its
Attorney General, LAWRENCE G. WASDEN;

THE STATE OF INDIANA, By and through
its Attorney General, THEODORE M.
ROKITA;

THE STATE OF MISSISSIPPI, By and through
its Attorney General, LYNN FITCH;

THE STATE OF OKLAHOMA, By and
through its Attorney General, JOHN M.
O'CONNOR;

THE STATE OF SOUTH CAROLINA, By
and through its Attorney General, ALAN
WILSON;

THE STATE OF UTAH, By and through its
Attorney General, SEAN D. REYES;

THE STATE OF WEST VIRGINIA, By and
through its Attorney General, PATRICK
MORRISEY;

Plaintiffs,

v.

XAVIER BECERRA, in his official capacity as
Secretary of Health and Human Services; et al.

Defendants.

### Motion for Preliminary Injunction

Plaintiff States respectfully move this Court for an order under Rule 65 of the Federal Rules of Civil Procedure granting a preliminary injunction, with expedited consideration, in their favor against the named Defendants in their official capacities. As explained in the Complaint and attached Memorandum supporting this motion, Defendants have acted without statutory authority, violated the Administrative Procedure Act, violated the Social Security Act, violated the Congressional Review Act, and violated the Constitution by promulgating and implementing *Medicare and Medicaid Programs; Omnibus COVID-19 Heath Care Staff Vaccinations*, 86 Fed. Reg. 61555 (Nov. 5, 2021).

This Motion is made on the grounds specified in this Motion, the Complaint, the accompanying Memorandum of Law, the exhibits attached to the Complaint and to this Motion, all matters of which this Court may take judicial notice, and on such other and further oral or documentary evidence as may be presented to the Court at or before the hearing on this Motion. Plaintiff States are substantially likely to prevail on the merits of their claims and preliminary injunctive relief is necessary to avoid imminent and substantial injuries to their sovereign, quasi-sovereign, and proprietary interests. And the public interest and balance of harms favor an order compelling Defendants to follow the law.

For these reasons and those explained in the attached Motion, Plaintiff States respectfully request a preliminary injunction restraining Defendants from implementing *Medicare and Medicaid Programs; Omnibus COVID-19 Heath Care Staff Vaccinations*, 86 Fed. Reg. 61555 (Nov. 5, 2021).

Dated:   November 15, 2021

Respectfully submitted,

By:*/s/  Elizabeth B. Murrill*

AUSTIN KNUDSEN
  Montana Attorney General
David Dewhirst*
  Solicitor General
215 North Sanders Street
Helena, MT 59601
David.dewhirst@mt.gov

*Counsel for the State of Montana*

MARK BRNOVICH
  Arizona Attorney General
Robert J. Makar*
  Assistant Attorney General
2005 North Central Avenue
Phoenix, AZ 85004
Robert.makar@azag.gov

*Counsel for the State of Arizona*

STATE OF ALABAMA
Office of the Attorney General Steve Marshall
Edmund G. LaCour Jr.*
  Solicitor General
Thomas A. Wilson*
  Deputy Solicitor General
Office of the Attorney General
501 Washington Ave.
Montgomery, AL 36130
Tel.: (334) 353-2196
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov

*Counsel for the State of Alabama*

ELIZABETH B. MURRILL (La #20685)
  Solicitor General
J. SCOTT ST. JOHN (La #36682)
  Deputy Solicitor General
MORGAN BRUNGARD*
JOSIAH KOLLMEYER (La #39026)
  Assistant Solicitors General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
brungardm@ag.louisiana.gov
kollmeyerj@ag.louisiana.gov

JIMMY R. FAIRCLOTH, JR. (La. #20645)
jfaircloth@fairclothlaw.com
MARY KATHERINE PRICE (La. #38576)
kprice@fairclothlaw.com
Faircloth Melton Sobel & Bash, LLC
105 Yorktown Drive
Alexandria, Louisiana 71303
Telephone: (318) 619-7755
Facsimile: (318) 619-7744

*Counsel for the State of Louisiana*

CHRISTOPHER M. CARR
  Georgia Attorney General
Drew F. Waldbeser*
  Deputy Solicitor General
Ross W. Bergethon
  Deputy Solicitor General
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
dwaldbeser@law.ga.gov

*Counsel for the State of Georgia*

LAWRENCE G. WASDEN
  Attorney General
  State of Idaho
Brian Kane*
  Chief Deputy Attorney General
Leslie M. Hayes
Megan A. Larrondo
  Deputy Attorneys General
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: 208-334-2400
Facsimile: 208-854-8071
brian.kane@ag.idaho.gov
leslie.hayes@ag.idaho.gov
megan.larrondo@ag.idaho.gov

*Counsel for the State of Idaho*

LYNN FITCH
  Attorney General of Mississippi
Whitney H. Lipscomb*
  Deputy Attorney General
John V. Coghlan*
  Deputy Solicitor General
State of Mississippi
Office of the Attorney General
550 High Street
Jackson, MS 39201
Tel: (601) 359-3680

*Counsel for the State of Mississippi*

SEAN D. REYES
  Utah Attorney General
Melissa A. Holyoak*
  Solicitor General
350 N. State Street, Suite 230
Salt Lake City, UT 84114
melissaholyoak@agutah.gov

*Counsel for the State of Utah*

*\*Pro Hac Vice admission application forthcoming*

THEODORE M. ROKITA
  Indiana Attorney General
Thomas M. Fisher*
  Solicitor General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
Tom.fisher@atg.in.gov

*Counsel for the State of Indiana*

JOHN M. O'CONNOR
  Attorney General of Oklahoma
Mithun Manshinghani*
  Solicitor General
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921

*Counsel for the State of Oklahoma*

ALAN WILSON
  South Carolina Attorney General
Thomas T. Hydrick*
  Assistant Deputy Solicitor General
Office of the Attorney General
Post Office Box 11549
Columbia, SC 29211
thomashydrick@scag.gov

*Counsel for the State of South Carolina*

PATRICK MORRISEY
  West Virginia Attorney General
Lindsay S. See*
  Solicitor General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
Lindsay.s.see@wvago.gov

*Counsel for the State of West Virginia*