# Exhibit I

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY; <br><br> THE STATE OF MONTANA, By and through its Attorney General, AUSTIN KNUDSEN; <br><br> THE STATE OF ARIZONA, By and through its Attorney General, MARK BRNOVICH; <br><br> THE STATE OF UTAH, By and through its Attorney General, SEAN D. REYES; <br><br> et al., <br><br><br> PLAINTIFFS, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; <br><br> THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; <br><br> CHIQUITA BROOKS-LASURE, in her official capacity of Administrator of the Centers for Medicare and Medicaid Services; <br><br> CENTERS FOR MEDICARE AND MEDICAID SERVICES; <br><br> DEFENDANTS. | DECLARATION OF JAMES MARSHALL <br><br><br><br> CIVIL ACTION NO. _____ |

I, JAMES MARSHALL, declare as follows:

1. I have personal knowledge of the matters set forth in this Declaration. If required to do so, I could and would testify consistent with this Declaration in a court of law.

2. I am over the age of 18 years, a resident of the State of Utah, and am fully competent in all respects to testify regarding the matters set forth herein.

3. I am the Chief Executive Officer of Uintah Basin Healthcare a rural healthcare system in rural Utah serving a three-county area, plus a tribal reservation, with a population base in excess of 55,000.

4. Uintah Basin Healthcare operates a 49-bed general hospital, a 90-bed skilled nursing and long-term care facility, urgent care centers, medical clinics, dialysis centers, home health, hospice services and emergency medical services in multiple locations across three counties. Our service area's square mileage is roughly the size of the states of Rhode Island, Delaware and Connecticut combined.

5. Appropriately staffing our hospital, skilled nursing and long-term care facility, our departments, clinics, urgent care centers, dialysis centers, home health and hospice services in a vast, rural area is extremely challenging and the CMS COVID-19 vaccine mandate issued on November 4, 2021 may be devastating to our some of our departments, clinics and services when employees quit or are terminated because they refuse to be vaccinated. The loss of these employees may force the cessation of some hospital services and possibly the closure of some

departments, centers and clinics, all of which will reduce the amount and quality of healthcare services offered to our patients.

6. As the CEO, I strongly support vaccination and work diligently to promote its safety and efficacy among our employees. My desire is for my staff to be 100% vaccinated.

7. While the percentage of over-all employees that the hospitals will lose because of the mandate may not be significant, because we have small departments and employee specialties are not interchangeable, losing even 20 or 30 employees, which is a likely outcome of the mandate, may have devastating results to our ability to provide the level of care we have provided in the past.

8. A number of hospital employees have expressed personal beliefs of such strength and commitment that they will quit their jobs rather than be forced to receive the vaccination. This will cause significant problems for our hospital, skilled nursing and long-term care, clinics, urgent care centers, dialysis centers, home health and hospice services, and our ability to provide acceptable care to our population.

9. Our caregivers are exhausted by the surge of patients for whom they are providing care and we simply cannot afford to lose caregivers and employees due to the mandate, especially where similar services are not available for many miles and we are understaffed given our rural location and the surge of patient activity related to COVID-19.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge.

DATED this 15th day of November, 2021.

_____
James Marshall