# Exhibit J

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

THE STATE OF LOUISIANA,
By and through its Attorney General, JEFF
LANDRY;

THE STATE OF MONTANA,
By and through its Attorney General, AUSTIN
KNUDSEN;

THE STATE OF ARIZONA, By and through
its Attorney General, MARK BRNOVICH;

THE STATE OF UTAH, By and through its
Attorney General, SEAN D. REYES;

et al.,

                                    PLAINTIFFS,

v.

XAVIER BECERRA, in his official capacity as
Secretary of the U.S. Department of Health and
Human Services;

THE U.S. DEPARTMENT OF HEALTH
AND HUMAN SERVICES;

CHIQUITA BROOKS-LASURE, in her official
capacity of Administrator of the Centers for
Medicare and Medicaid Services;

CENTERS FOR MEDICARE AND
MEDICAID SERVICES;

                                    DEFENDANTS.

DECLARATION OF
SCOTT LANGFORD

CIVIL ACTION NO. _____

I, SCOTT LANGFORD, declare as follows:

1.     I have personal knowledge of the matters set forth in this Declaration.  If required to do so, I could and would testify consistent with this Declaration in a court of law.

2.     I am over the age of 18 years, a resident of the State of Utah, and am fully competent in all respects to testify regarding the matters set forth herein.

3.     I am the Chief Executive Officer of Beaver Valley Hospital a rural hospital in Beaver, Utah serving a population base of about 12,000.  I am also the Chief Executive Officer of Milford Valley Memorial Hospital, in Milford, Utah which serves an additional rural population.

4.     Beaver Valley Hospital operates a 25 bed, Critical Access Hospital, a long-term care facility and home health and hospice services.  Milford Valley Memorial Hospital is a 23 bed Critical Access Hospital.  Both hospitals operate 24/7/365.

5.     Appropriately staffing two Critical Access Hospitals, long-term care and other departments, home health and hospice services in a rural area is extremely challenging and the CMS COVID-19 vaccine mandate issued on November 4, 2021 may be devasting to our some of our departments and services when employees quit or are terminated because they refuse to be vaccinated.  The loss of these employees may force the cessation of some hospital services and possibly the closure of some departments, all of which will reduce the amount and quality of healthcare services offered to our patients.

6.     As the CEO, I strongly support vaccination and work diligently to promote its safety and efficacy among our employees.  My strongly expressed desire is for my staff to be 100% vaccinated.

2

7.     The percentage of over-all employees that the hospitals will lose because of the mandate may be significant and could exceed 30% of total staff and because we have very small departments and employee specialties are not interchangeable, losing 20-30% of employees, which is a likely outcome of the mandate, may have devastating results to our ability to provide the level of care we have provided in the past.

8.     A number of hospital employees have expressed personal beliefs of such strength and commitment that they will quit their jobs rather than be forced to receive the vaccination. This will cause significant problems for our hospitals, long-term care, home health and hospice services, and our residents, not to mention the emergency accident patients brought to the hospitals because we are near two interstate roads in a remote part of a large western state.

9.     Our caregivers are exhausted by the surge of patients for whom they are providing care and we simply cannot afford to lose caregivers and employees due to the mandate, especially where similar services are not available for many miles and we are understaffed given our rural location and the surge of patient activity related to COVID-19.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge.

DATED this 15th day of November, 2021.

Scott Langford

17729372_v1

3