# Exhibit K

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY; <br><br> THE STATE OF MONTANA, By and through its Attorney General, AUSTIN KNUDSEN; <br><br> THE STATE OF ARIZONA, By and through its Attorney General, MARK BRNOVICH; <br><br> THE STATE OF UTAH, By and through its Attorney General, SEAN D. REYES; <br><br> et al., <br><br><br> PLAINTIFFS, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; <br><br> THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; <br><br> CHIQUITA BROOKS-LASURE, in her official capacity of Administrator of the Centers for Medicare and Medicaid Services; <br><br> CENTERS FOR MEDICARE AND MEDICAID SERVICES; <br><br> DEFENDANTS. | DECLARATION OF CLAYTON HOLT <br><br><br><br><br> CIVIL ACTION NO. _____ |

I, CLAYTON HOLT, declare as follows:

1. I have personal knowledge of the matters set forth in this Declaration. If required to do so, I could and would testify consistent with this Declaration in a court of law.

2. I am over the age of 18 years, a resident of the State of Utah, and am fully competent in all respects to testify regarding the matters set forth herein.

3. I am the Chief Executive Officer of San Juan Health, a Utah Service District health system that has been providing healthcare to Utah and tribal reservation residents in a remote part of rural Utah for 75 years.

4. San Juan Health operates a Critical Access Hospital and three health clinics and serves a population base of about 20,000 people.

5. Appropriately staffing a hospital and three clinics in rural America is extremely challenging and the CMS COVID-19 vaccine mandate issued on November 4, 2021 may be devasting to some of our departments and clinics when certain employees quit or will be terminated because they refuse to be vaccinated. The loss of these employees may force the cessation of some hospital services and possibly the closure of some departments and clinics, all of which will reduce the amount and quality of healthcare services offered to our patients.

6. As the CEO, I support vaccination and work diligently to promote its safety and efficacy among our employees. My desire is for my staff to be 100% vaccinated.

7. While the percentage of over-all employees that the hospital will lose because of the mandate may not be significant, because we have very small departments and employee specialties are not interchangeable, losing even 10 or 20 employees, which is a likely outcome of the mandate, may have devastating results to our ability to provide the level of care we have provided in the past.

8. A number of hospital employees have expressed personal beliefs of such strength and commitment that they will quit their jobs rather than be forced to receive the vaccination. This will cause significant problems for our hospital and clinics.

9. Our caregivers are exhausted by the surge of patients for whom they are providing care and we simply cannot afford to lose caregivers and employees due to the mandate, especially where similar services are not available for many miles through a mountainous region.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge.

DATED this 15th day of November, 2021.

_____
Clayton Holt

17729291_v1