# Exhibit M

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY; <br><br> THE STATE OF MONTANA, By and through its Attorney General, AUSTIN KNUDSEN; <br><br> THE STATE OF ARIZONA, By and through its Attorney General, MARK BRNOVICH; et al., <br><br><br> PLAINTIFFS, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; <br><br> THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; <br><br> CHIQUITA BROOKS-LASURE, in her official capacity of Administrator of the Centers for Medicare and Medicaid Services; <br><br> CENTERS FOR MEDICARE AND MEDICAID SERVICES; <br><br> DEFENDANTS. | DECLARATION OF NATE CHECKETTS <br><br><br><br><br> CIVIL ACTION NO. _____ |

1. I am over the age of 18 and have personal knowledge of the facts set forth in this Declaration.

2. I am the Executive Director of the Utah Department of Health (UDOH).

3. As part of its responsibilities, UDOH conducts surveys of health care providers receiving

Medicare and Medicaid funding to ascertain compliance with federal health, treatment, and safety standards, as well to determine whether Medicaid-funded nursing homes meet standards of medical need before admission and throughout a patient's stay.

4. UDOH receives federal allocations annually to conduct its surveys: $2.4 million for general Medicare survey funding; $172,000 for hospice survey funding; and $1.3 million for general Medicaid survey funding.

5. Over 1000 health care providers in Utah receive Medicare and/or Medicaid funding. These include 69 hospitals, 56 surgery centers, 126 home health providers, 93 hospice providers, 15 rural health care clinics, 98 nursing facilities, 243 assisted living providers, 96 personal care agencies, and numerous other providers.

6. Utah has 31 surveyors for more than 1000 health care providers.

7. UDOH will face increased enforcement costs if required to survey and enforce the Vaccine Mandate.

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the above statements

2

are true and based upon my personal knowledge.

      DATED: November 15, 2021.

                                                  _/s/ Nate Checketts_
                                                  NATE CHECKETTS
                                                  *(Signed copy of document bearing signature of Nathan Checketts is being maintained in the office of the Filing Attorney)*