# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY; | |
| THE STATE OF MONTANA, By and through its Attorney General, AUSTIN KNUDSEN; | |
| THE STATE OF ARIZONA, By and through its Attorney General, Mark Brnovich; | CIVIL ACTION NO. _____ |
| THE STATE OF ALABAMA, By and through its Attorney General, STEVE MARSHALL; | |
| THE STATE OF GEORGIA, By and through its Attorney General, CHRISTOPHER CARR; | |
| THE STATE OF IDAHO, By and through its Attorney General, LAWRENCE G. WASDEN; | |
| THE STATE OF INDIANA, By and through its Attorney General, THEODORE M. ROKITA; | |
| THE STATE OF MISSISSIPPI, By and through its Attorney General, LYNN FITCH; | |
| THE STATE OF OKLAHOMA, By and through its Attorney General, JOHN M. O'CONNOR; | |
| THE STATE OF SOUTH CAROLINA, By and through its Attorney General, ALAN WILSON; | |
| THE STATE OF UTAH, By and through its Attorney General, SEAN D. REYES; | |
| THE STATE OF WEST VIRGINIA, By and through its Attorney General, PATRICK MORRISEY; | |

|  |  |
|---|---|
| PLAINTIFFS, | |
| v. | |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; et al., | |
| DEFENDANTS. | |

## [PROPOSED] ORDER

Plaintiff States' Motion for Preliminary Injunction is GRANTED. Defendants are ENJOINED and RESTRAINED from implementing or treating as binding *Medicare and Medicaid Programs; Omnibus COVID-19 Heath Care Staff Vaccinations*, 86 Fed. Reg. 61555 (Nov. 5, 2021), and the regulations promulgated thereunder.

IT IS FURTHER ORDERED that this Order shall become effective immediately and shall remain in effect, pending the final resolution of this case, or until further orders of this Court, the United States Court of Appeals for the Fifth Circuit, or the United States Supreme Court.

IT IS FURTHER ORDERED that no security bond shall be required under Federal Rule of Civil Procedure 65.

Signed this ___ day of _____, 2021.

_____

UNITED STATES DISTRICT JUDGE