# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, et al., <br><br> DEFENDANTS. | Civil Action No. 3:21-cv-03970 <br><br> District Judge Terry A. Doughty <br><br> Magistrate Judge Kayla D. McClusky |

**PLAINTIFFS COMMONWEALTH OF KENTUCKY AND STATE OF OHIO'S NOTICE OF JOINDER TO MOTION FOR PRELIMINARY INJUNCTION (R. DOCS. 2 – 2-18)**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Commonwealth of Kentucky and State of Ohio, through undersigned counsel, hereby consent to and join in its entirety the Motion for Preliminary Injunction, supporting memorandum, and all supporting exhibits filed on November 15, 2021 (R. Docs. 2 – 2-18) (the "Motion").

This Joinder is based on the Motion and all exhibits and evidence attached thereto, all other matters of which the Court may take judicial notice, and any argument or evidence that may be considered or presented to or considered by the Court prior to its ruling. Plaintiffs Commonwealth of Kentucky and State of Ohio respectfully request that any relief ordered by the Court relative to the Motion also be ordered in favor of Plaintiffs Commonwealth of Kentucky and State of Ohio.

Dated: November 22, 2021      Respectfully Submitted,

By: */s/ Jimmy R. Faircloth, Jr.*

| | |
|---|---|
| AUSTIN KNUDSEN<br>Montana Attorney General<br>David Dewhirst*<br>  Solicitor General<br>215 North Sanders Street<br>Helena, MT 59601<br>David.dewhirst@mt.gov<br><br>*Counsel for the State of Montana*<br><br>MARK BRNOVICH<br>  Arizona Attorney General<br>Robert J. Makar*<br>  Assistant Attorney General<br>2005 North Central Avenue<br>Phoenix, AZ 85004<br>Robert.makar@azag.gov<br><br>*Counsel for the State of Arizona*<br><br>STATE OF ALABAMA<br>Office of the Attorney General Steve Marshall<br>Edmund G. LaCour Jr.*<br>  Solicitor General<br>Thomas A. Wilson*<br>  Deputy Solicitor General<br>Office of the Attorney General<br>501 Washington Ave.<br>Montgomery, AL 36130<br>Tel.: (334) 353-2196<br>Fax: (334) 353-8400<br>Edmund.LaCour@AlabamaAG.gov<br>Thomas.Wilson@AlabamaAG.gov<br><br>*Counsel for the State of Alabama* | ELIZABETH B. MURRILL (La #20685)<br>Solicitor General<br>J. SCOTT ST. JOHN (La #36682)<br>Deputy Solicitor General<br>MORGAN BRUNGARD*<br>JOSIAH KOLLMEYER (La #39026)<br>Assistant Solicitors General<br>LOUISIANA DEPARTMENT OF JUSTICE<br>1885 N. Third Street<br>Baton Rouge, Louisiana 70804<br>Tel: (225) 326-6766<br>murrille@ag.louisiana.gov<br>stjohnj@ag.louisiana.gov<br>brungardm@ag.louisiana.gov<br>kollmeyerj@ag.louisiana.gov<br><br>JIMMY R. FAIRCLOTH, JR. (La. #20645)<br>jfaircloth@fairclothlaw.com<br>MARY KATHERINE PRICE (La. #38576)<br>kprice@fairclothlaw.com<br>Faircloth Melton Sobel & Bash, LLC<br>105 Yorktown Drive<br>Alexandria, Louisiana 71303<br>Telephone: (318) 619-7755<br>Facsimile: (318) 619-7744<br><br>*Counsel for the State of Louisiana*<br><br>CHRISTOPHER M. CARR<br>Georgia Attorney General<br>Drew F. Waldbeser*<br>Deputy Solicitor General<br>Ross W. Bergethon<br>Deputy Solicitor General<br>Office of the Attorney General<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334<br>dwaldbeser@law.ga.gov<br><br>*Counsel for the State of Georgia* |

LAWRENCE G. WASDEN
Attorney General
State of Idaho
Brian Kane*
Chief Deputy Attorney General
Leslie M. Hayes
Megan A. Larrondo
Deputy Attorneys General
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: 208-334-2400
Facsimile: 208-854-8071
brian.kane@ag.idaho.gov
leslie.hayes@ag.idaho.gov
megan.larrondo@ag.idaho.gov

*Counsel for the State of Idaho*

LYNN FITCH
Attorney General of Mississippi
Whitney H. Lipscomb*
Deputy Attorney General
John V. Coghlan*
Deputy Solicitor General
State of Mississippi
Office of the Attorney General
550 High Street
Jackson, MS 39201
Tel: (601) 359-3680

*Counsel for the State of Mississippi*

SEAN D. REYES
Utah Attorney General
Melissa A. Holyoak*
Solicitor General
350 N. State Street, Suite 230
Salt Lake City, UT 84114
melissaholyoak@agutah.gov

*Counsel for the State of Utah*

THEODORE M. ROKITA
Indiana Attorney General
Thomas M. Fisher*
Solicitor General
Indiana Government Center South 302 W. Washington St., 5th Floor Indianapolis, IN 46204 Tom.fisher@atg.in.gov

*Counsel for the State of Indiana*

JOHN M. O'CONNOR
Attorney General of Oklahoma
Mithun Mansinghani*
 Solicitor General
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921

*Counsel for the State of Oklahoma*

ALAN WILSON
South Carolina Attorney General Thomas T. Hydrick*
Assistant Deputy Solicitor General Office of the Attorney General
Post Office Box 11549
Columbia, SC 29211
thomashydrick@scag.gov

*Counsel for the State of South Carolina*

PATRICK MORRISEY
West Virginia Attorney General
Lindsay S. See*
Solicitor General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
Lindsay.s.see@wvago.gov

*Counsel for the State of West Virginia*

| | |
|---|---|
| DANIEL CAMERON<br>Kentucky Attorney General<br>Marc Manley*<br>Assistant Attorney General<br>700 Capital Avenue, Suite 118<br>Frankfort, KY 40601<br>Marc.Manley@ky.gov<br><br>*Counsel for the Commonwealth of Kentucky* | DAVE YOST<br>Ohio Attorney General<br>May Davis*<br>Deputy Solicitor General<br>615 W. Superior Ave., 11th Floor<br>Cleveland, OH 44113<br>May.Davis@OhioAGO.gov<br><br>*Counsel for the State of Ohio* |

*\*Pro Hac Vice admission application forthcoming*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I presented the above and foregoing for filing and uploading to the CM/ECF system which will send electronic notification of such filing to all counsel of record.

Alexandria, Louisiana, this 22nd day of November, 2021.

                                         */s/ Jimmy R. Faircloth, Jr.*
                                                 OF COUNSEL