UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 3:21-CV-03970** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **XAVIER BECERRA ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

Considering the foregoing Motion for Expedited Consideration of Motion for Preliminary Injunction on Written Submissions [Doc. No. 22] filed by Plaintiff States,

**IT IS ORDERED** that the Motion is **GRANTED**. The Court will render judgment on or before December 5, 2021.

**IT IS FURTHER ORDRED** that a hearing is not required in this matter. The matter will be under submission upon completion of briefing, with an expedited decision forthcoming.

MONROE, LOUISIANA, this 29th day of November 2021.

_____
Terry A. Doughty
United States District Judge