UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 3:21-CV-03970** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **XAVIER BECERRA ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

For the reasons set forth in the Court's Memorandum Ruling,

**IT IS ORDERED** that the Plaintiff States' Motion for Preliminary Injunction [Doc. No. 2] is **GRANTED**.

**IT IS THEREFORE ORDERED** that the U.S. Department of Health and Human Services and the Center for Medicare and Medicaid Services, along with their directors, employees, Administrators and Secretaries are hereby **ENJOINED** and **RESTRAINED** from implementing the CMS Mandate set forth in 86 Fed. Reg. 61555-01 (November 5, 2021), as to all healthcare providers, suppliers, owners, employees, and all others covered by said CMS Mandate.

**IT IS FURTHER ORDERED** that the scope of this injunction shall be nationwide, except for the states of Alaska, Arkansas, Iowa, Kansas, Missouri, New Hampshire, Nebraska, Wyoming, North Dakota, South Dakota, since these ten states are already under a preliminary injunction order dated November 29, 2021, issued by the Eastern District of Missouri. *Missouri v. Biden*, No. 4:21-CV-01329-MTS (E.D. Mo. Nov. 29, 2021).

**IT IS FURTHER ORDERED** that this preliminary injunction shall remain in effect pending the final resolution of this case, or until further orders from this Court, the United States Court of Appeals for the Fifth Circuit, or the United States Supreme Court.

**IT IS FURTHER ORDERED** that no security bond shall be required under Federal Rule of Civil Procedure 65.

MONROE, LOUISIANA, this 30th day of November 2021.

_____
Terry A. Doughty
United States District Judge