IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 3:21-CV-03970 |
| XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*, | ) ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' MOTION FOR A STAY PENDING APPEAL**

Defendants respectfully move the Court for a stay of this Court's November 30, 2021 Memorandum Opinion (ECF No. 28) and Order (ECF No. 29) pending appeal to the United States Court of Appeals for the Fifth Circuit. The basis for Defendants' motion is set forth in the attached Memorandum. A proposed order is also attached. Undersigned counsel for Defendants has conferred with counsel for Plaintiffs, who indicated that Plaintiffs oppose Defendants' motion.

Dated: December 1, 2021                     Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

*/s/ Joel McElvain*
JOEL McELVAIN
Bar No. 448431(DC)
Senior Trial Counsel

JULIE STRAUS HARRIS
Bar No. 1021298(DC)
Senior Trial Counsel

JONATHAN D. KOSSAK
Bar No. 991478(DC)
Trial Attorney

MICHAEL L. DREZNER
Bar No. 83836(VA)
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 616-8298
Fax: (202) 616-8470
Email: Joel.L.McElvain@usdoj.gov

*Attorneys for Defendants*