*(Rev. 11/30/2018)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

Alexandria DIVISION

The State of Louisiana, et al

Plaintiff

VS.

Xavier Becerra, et al.

Defendant

Case No. 3:21-cv-03970

Judge Terry A. Doughty

Magistrate Judge Kayla D. McClusky

**MOTION TO APPEAR PRO HAC VICE**

  In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of the State of Indiana in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of _____ or the bar of the Indiana Supreme court, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Elizabeth Murrill of the firm of Louisiana Attorney General's Office is appointed a local counsel.

Page 1 of 3

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10.  I also agree to receive notice electronically from other parties and the court via electronic mail.  I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov.  I understand this electronic notice will be in lieu of notice by any other means.  I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted.

_____  |  _____
Signature of Applying Attorney  |  Signature of Local Counsel

Applying attorney must sign.  No "s/ signature" accepted.  |  Local counsel may use typed "s/ signature" and must file electronically.

PLEASE TYPE OR PRINT LEGIBLY:

Name: Thomas M. Fisher
Firm: Office of the Indiana Attorney General
Address: 302 W. Washington St., 5th Floor
Indianapolis, IN 46204
Telephone: 317-232-6255
Fax: 317-232-7979
E-mail: Tom.Fisher@atg.in.gov
Additional e-mail(s):

LOCAL COUNSEL INFORMATION:

Name: Elizabeth Murrill
Firm: Louisiana Attorney General's Office
Address: 1885 N. Third Street
Baton Rouge, LA 70802
Telephone: 225-326-6766
Fax:
E-mail: murrille@ag.louisiana.gov

**Certificate of Service**

See Federal Rule of Civil Procedure 5(d)(1)(B) and Federal Rule of Criminal Procedure 49(b)(1) to determine whether a certificate of service is required for this case and insert one, as needed. The Court may issue a deficiency for lack of a certificate.