UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

Alexandria DIVISION

The State of Louisiana, et al

Plaintiff

VS.

Xavier Becerra, et al.

Defendant

Case No. 3:21-cv-03970

Judge Terry A. Doughty

Magistrate Judge Kayla D. McClusky

**ORDER**

IT IS ORDERED that Thomas M. Fisher be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of Indiana in the above described action.

SO ORDERED on this, the _____ day of _____, _____.

_____

U.S. Magistrate Judge