## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services *et al.*, <br><br> Defendants. | Case No. 3:21-cv-03970 |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion for a Stay of Further Proceedings, IT IS HEREBY ORDERED that the Motion is GRANTED. All proceedings in this matter are hereby stayed pending the United States Court of Appeals for the Fifth Circuit's resolution of the appeal in *Louisiana v. Becerra*, No. 21-30734 (5th Cir.).

DATE: _____    _____

HON. TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE