MINUTE ENTRY
TERRY A. DOUGHTY
U.S. DISTRICT JUDGE
January 7, 2022

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 3:21-CV-03970** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **XAVIER BECERRA ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

On January 6, 2022, Government Defendants[1] filed a Motion to Stay Pending Further Proceedings [Doc. No. 40]. Plaintiff States[2] may file a response to the Motion by Friday, January 14, 2022. Government Defendants may file a reply to the response no later than three (3) days after the response is filed.

TAD



---

[1] The Government Defendants consist of Xavier Becerra, in his official capacity as Secretary of Health and Human Services, The U.S. Department of Health and Human Services ("DHH"), Chiquita Brooks–Lasure, in her official capacity as Administrator of the Center for Medicare and Medicaid Services ("CMS").
[2] Plaintiff States consist of Louisiana, Montana, Arizona, Alabama, Georgia, Idaho, Indiana, Mississippi, Oklahoma, South Carolina, Utah, West Virginia, Kentucky, and Ohio.