**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

STATE OF LOUISIANA, *et al.*,

    Plaintiffs,

        v.

XAVIER BECERRA, in his official capacity as
Secretary of the United States Department of
Health and Human Services *et al.*,

    Defendants.

Case No. 3:21-cv-03970

## DEFENDANTS' REPLY IN SUPPORT OF STAY OF FURTHER PROCEEDINGS

This case is effectively concluded.  Plaintiffs recognize that on January 13, 2022, the Supreme

Court granted Defendants' request for a stay of the preliminary injunction that was previously ordered

by this Court.  In doing so, the Supreme Court resolved the merits of this matter in Defendants' favor.

Briefly, the Court first held that "the Secretary's rule falls within the authorities that Congress has

conferred upon him." *Biden v. Missouri,* --- S. Ct. ---, No. 21A240, 2022 WL 120950, at *2 (U.S. Jan.

13, 2022).  Second, the Court concluded that "the interim rule is not arbitrary and capricious[.]" *Id.* at

*4.  Third and finally, the Court held that "other statutory objections to the rule fare no better,"

rejecting Plaintiffs' claims as to notice and comment, and consultation with state agencies, among

others. *Id.*  In sum, the Supreme Court found Plaintiffs' claims to be meritless and permitted the

challenged rule to go into effect for facilities in the Plaintiff States.  In this circumstance, the

appropriate course would be for the parties to stipulate to dismissal of this action, pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(ii).

To the extent that Plaintiffs believe that further guidance is necessary, that guidance would

now come from the Fifth Circuit.  This Court accordingly should stay further proceedings pending

the Fifth Circuit's ruling.  A stay of proceedings pending appeal will preserve the resources of the

parties and the Court, while preventing the possibility of inconsistent rulings.  There is no cognizable

prejudice or hardship to the Plaintiffs in the interim, as the Supreme Court's stay decision has already

made clear.  And contrary to Plaintiffs' claims, *see* Pls.' Opp'n. at 5, "[t]he stay requested here is not

indefinite," but would "last[] only so long as the appeal is pending[.]"  *Walton-Lentz v. Innophos, Inc.*,

No. 08-601, 2011 WL 1648668, at *2 (M.D. La. Apr. 29, 2011).  For all these reasons, this Court

should grant Defendants' Motion to Stay Further Proceedings, ECF No. 40.


Dated: January 18, 2022                          Respectfully submitted,

                                                 BRIAN M. BOYNTON
                                                 Acting Assistant Attorney General

                                                 MICHELLE BENNETT
                                                 Assistant Director, Federal Programs Branch

                                                 */s/ Joel McElvain*
                                                 JOEL McELVAIN
                                                 Bar No. 448431(DC)
                                                 Senior Trial Counsel

                                                 JULIE STRAUS HARRIS
                                                 Bar No. 1021298(DC)
                                                 Senior Trial Counsel

                                                 JONATHAN D. KOSSAK
                                                 Bar No. 991478(DC)
                                                 Trial Attorney

                                                 MICHAEL L. DREZNER
                                                 Bar No. 83836(VA)
                                                 Trial Attorney

                                                 U.S. Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 1100 L Street NW
                                                 Washington, DC 20530
                                                 Tel: (202) 616-8298
                                                 Fax: (202) 616-8470
                                                 Email: Joel.L.McElvain@usdoj.gov

                                                 *Attorneys for Defendants*