IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

STATE OF LOUISIANA, *et al.*,

    Plaintiffs,

        v.

XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services *et al.*,

    Defendants.

Case No. 3:21-cv-03970

**ORDER**

Upon consideration of Defendants' Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint,

IT IS HEREBY ORDERED that the Motion is GRANTED. It is ORDERED that Defendants shall file an answer or otherwise respond to Plaintiffs' Complaint no later than March 1, 2022.

DATE: __February 2, 2022__        _____
                                                       UNITED STATES MAGISTRATE JUDGE