# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY; | Civil Action No. 3:21-cv-03970 |
| THE STATE OF MONTANA, By and through its Attorney General, AUSTIN KNUDSEN; | District Judge Terry A. Doughty |
| THE STATE OF ARIZONA, By and through its Attorney General, MARK BRNOVICH; | Magistrate Judge Kayla D. McClusky |
| THE STATE OF ALABAMA, By and through its Attorney General, STEVE MARSHALL; | |
| THE STATE OF GEORGIA, By and through its Attorney General, CHRISTOPHER M. CARR; | |
| THE STATE OF IDAHO, By and through its Attorney General, LAWRENCE G. WASDEN; | |
| THE STATE OF INDIANA, By and through its Attorney General, THEODORE M. ROKITA; | |
| THE COMMONWEALTH OF KENTUCKY, By and through its Attorney General, DANIEL CAMERON; | |
| THE STATE OF MISSISSIPPI, By and through its Attorney General, LYNN FITCH; | |
| THE STATE OF OHIO, By and through its Attorney General, DAVE YOST; | |
| THE STATE OF OKLAHOMA, By and | |

1

through its Attorney General, JOHN M. O'CONNOR;

THE STATE OF SOUTH CAROLINA, By and through its Attorney General, ALAN WILSON;

THE STATE of TENNESSEE, By and through its Attorney General, HERBERT H. SLATERY III;

THE STATE OF UTAH, By and through its Attorney General, SEAN D. REYES;

THE COMMONWEALTH OF VIRGINIA, By and through its Attorney General, JASON S. MIYARES;

THE STATE OF WEST VIRGINIA, By and through its Attorney General, PATRICK MORRISEY;

PLAINTIFFS,

v.

XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, et al.,

THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES;

CHIQUITA BROOKS-LASURE, in her official capacity of Administrator of the Centers for Medicare & Medicaid Services;

CENTERS FOR MEDICARE & MEDICAID SERVICES;

DEFENDANTS.

## MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED, SUPPLEMENTAL, AND RESTATED COMPLAINT

The States of Louisiana, Montana, Arizona, Alabama, Georgia, Idaho, Indiana, Kentucky, Mississippi, Ohio, Oklahoma, South Carolina, Tennessee, Utah, Virginia, and West Virginia ("Plaintiff States") respectfully move this Court for an order under Rule 15 of the Federal Rules of Civil Procedure granting their motion for leave to file a SECOND AMENDED, SUPPLEMENTAL, AND RESTATED COMPLAINT against Defendants. Pursuant to Fed. R. Civ. P. 15(a)(2), Defendants oppose the Motion.

The new complaint seeks to add as plaintiffs the State of Tennessee and Commonwealth of Virginia. The new complaint also addresses the Defendants' January 25, 2022, issuance of new guidance ("January 25 guidance") applying the vaccine mandate challenged in Plaintiff States' first Amended Complaint to State Survey Agency and Accrediting Organization Surveyors. CMS, QSO-22-10-ALL, *Vaccination Expectations for Surveyors Performing Federal Oversight*.

## BACKGROUND

On November 5, 2021, CMS published an interim final rule ("IFR") requiring vaccination of staff of certain Medicare and Medicaid providers and suppliers. Medicare and Medicaid Programs; Omnibus COVID-19 Heath Care Staff Vaccinations, 86 Fed. Reg. 61555 (Nov. 5, 2021). Plaintiff States, less Kentucky, Ohio, Tennessee, and Virginia, filed this action challenging the IFR on multiple grounds on November 15, 2021, and an amended complaint, adding the Commonwealth of Kentucky and State of Ohio as plaintiffs on November 22, 2021.

3

Dkt. 1; Dkt. 11. This Court granted Defendants an extension of time to respond to the Complaint on January 12, 2022, setting the new response deadline as February 8, 2022. Dkt. 43. On January 25, Defendants extended the reach of the vaccine mandate in the IFR to certain state employees by issuing the January 25 guidance, impacting additional state interests. Plaintiff States now respectfully request this Court's leave to file their Second Amended, Supplemental, and Restated Complaint to address this new development and to add additional interested sovereign parties.

## ARGUMENT

Justice requires that the Court provide Plaintiff States their requested leave because this timely request responds to a change of circumstances generated by Defendants and allows the inclusion of two additional plaintiffs in this forum, benefitting judicial efficiency. "The court should freely give leave" to amend pleadings "when justice so requires." Fed. R. Civ. P. 15(a)(2). To deny a motion to amend, the court must have a "substantial reason" considering such factors as "'undue delay, bad faith or dilatory motive on the part of the movant, repeated failures to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party ... and futility of the amendment.'" *Marucci Sports, LLC v. Nat'l Collegiate Athletic Ass'n*, 751 F.3d 368, 378 (5th Cir. 2014) (quoting *Jones v. Robinson Prop. Grp., L.P.*, 427 F.3d 987, 994 (5th Cir. 2005). None of these deficiencies exist here.

The January 25 guidance is a new agency action incorporating and extending the challenged CMS vaccine mandate against an additional category of state

4

employees. Plaintiff States are requesting leave to file their Second Amended, Supplemental, and Restated Complaint the week after Defendants issued that January 25 guidance, so there can be no doubt as to this Motion's timeliness. As Defendants are responsible for this new guidance, and the guidance is built upon the IFR already before the Court in this case, justice requires that Plaintiff States be able to address this new, connected agency action. Further, as noted above, Plaintiff States seek to add two additional sovereign states as plaintiffs to vindicate their own interests regarding the state employees targeted by the January 25 guidance and the IFR, and doing so here avoids duplicative litigation in other fora. This benefits judicial economy without prejudicing Defendants, who have not yet answered the Complaint and have, with Plaintiff States' consent, filed for another extension of time to do so. Dkt. 48. Indeed, it is Plaintiff States whose interests will be prejudiced if denied the ability to seek proper redress for the full extent of their injuries as Defendants persist in changing the regulatory terrain. Justice will, therefore, be served by this Court giving Plaintiff States leave to file their Second Amended, Supplemental, and Restated Complaint, and no "substantial reason" exists to permit the denial of such leave, so this Court should grant Plaintiff States' Motion.

## CONCLUSION

For the foregoing reasons, this Court should grant Plaintiff States Motion for Leave to file their Second Amended, Supplemental, and Restated Complaint.

Dated: February 4, 2022

Respectfully Submitted,

By: */s/ Elizabeth Murrill*

AUSTIN KNUDSEN
Montana Attorney General
David Dewhirst*
  Solicitor General
Kathleen L. Smithgall
  Assistant Solicitor General
215 North Sanders Street
Helena, MT 59601
David.Dewhirst@mt.gov
Kathleen.Smithgall@mt.gov

*Counsel for the State of Montana*

MARK BRNOVICH
  Arizona Attorney General
Anthony R. Napolitano*
Robert J. Makar*
  Assistant Attorneys General
2005 North Central Avenue
Phoenix, AZ 85004
Anthony.Napolitano@azag.gov
Robert.Makar@azag.gov
ACL@azag.gov

*Counsel for the State of Arizona*

STATE OF ALABAMA
Office of the Attorney General Steve Marshall
Edmund G. LaCour Jr.*
  Solicitor General
Thomas A. Wilson*
  Deputy Solicitor General
Office of the Attorney General
501 Washington Ave.

ELIZABETH B. MURRILL (La #20685)
  Solicitor General
J. SCOTT ST. JOHN (La #36682)
  Deputy Solicitor General
MORGAN BRUNGARD*
JOSIAH KOLLMEYER (La #39026)
  Assistant Solicitors General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
brungardm@ag.louisiana.gov
kollmeyerj@ag.louisiana.gov

JIMMY R. FAIRCLOTH, JR. (La. #20645)
jfaircloth@fairclothlaw.com
MARY KATHERINE PRICE (La. #38576)
kprice@fairclothlaw.com
Faircloth Melton Sobel & Bash, LLC
105 Yorktown Drive
Alexandria, Louisiana 71303
Telephone: (318) 619-7755
Facsimile: (318) 619-7744

*Counsel for the State of Louisiana*

6

Montgomery, AL 36130
Tel.: (334) 353-2196
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov

*Counsel for the State of Alabama*

CHRISTOPHER M. CARR
Georgia Attorney General
Stephen J. Petrany
   Solicitor General
Drew F. Waldbeser*
   Deputy Solicitor General
Ross W. Bergethon
   Deputy Solicitor General
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
spetrany@law.ga.gov
dwaldbeser@law.ga.gov
*Counsel for the State of Georgia*

LAWRENCE G. WASDEN
Idaho Attorney General
Brian Kane*
   Chief Deputy Attorney General
Leslie M. Hayes
Megan A. Larrondo
   Deputy Attorneys General
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: 208-334-2400
Facsimile: 208-854-8071
brian.kane@ag.idaho.gov
leslie.hayes@ag.idaho.gov
megan.larrondo@ag.idaho.gov

*Counsel for the State of Idaho*

THEODORE M. ROKITA
Indiana Attorney General
Thomas M. Fisher
   Solicitor General
Indiana Government Center South 302
W. Washington St., 5th Floor

7

Indianapolis, IN 46204
Tom.fisher@atg.in.gov

*Counsel for the State of Indiana*

DANIEL CAMERON
Kentucky Attorney General
Marc Manley
  Assistant Attorney General
700 Capital Avenue, Suite 118
Frankfort, KY 40601
Marc.Manley@ky.gov

*Counsel for the Commonwealth of Kentucky*

LYNN FITCH
Attorney General of Mississippi
Whitney H. Lipscomb*
  Deputy Attorney General
John V. Coghlan*
  Deputy Solicitor General
State of Mississippi
Office of the Attorney General
550 High Street
Jackson, MS 39201
Tel: (601) 359-3680

*Counsel for the State of Mississippi*

DAVE YOST
Ohio Attorney General
May Davis*
  Deputy Solicitor General
615 W. Superior Ave., 11th Floor
Cleveland, OH 44113
May.Davis@OhioAGO.gov

*Counsel for the State of Ohio*

JOHN M. O'CONNOR
Attorney General of Oklahoma
Mithun Mansinghani*
 Solicitor General
313 NE 21st Street
Oklahoma City, OK 73105

(405) 521-3921

*Counsel for the State of Oklahoma*

ALAN WILSON
South Carolina Attorney General
Thomas T. Hydrick
  Assistant Deputy Solicitor General
Office of the Attorney General
Post Office Box 11549
Columbia, SC 29211
thomashydrick@scag.gov

*Counsel for the State of South Carolina*

HERBERT H. SLATERY III
  Attorney General and Reporter of Tennessee
ANDRÉE S. BLUMSTEIN
  Solicitor General
CLARK L. HILDABRAND*
BRANDON J. SMITH*
  Assistant Solicitors General
Office of the Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
(615) 253-5642
Clark.Hildabrand@ag.tn.gov
Brandon.Smith@ag.tn.gov

*Counsel for the State of Tennessee*

SEAN D. REYES
Utah Attorney General
Melissa A. Holyoak*
  Solicitor General
350 N. State Street, Suite 230
Salt Lake City, UT 84114
melissaholyoak@agutah.gov

*Counsel for the State of Utah*

JASON S. MIYARES
  Attorney General of Virginia
Andrew N. Ferguson*

9

  Solicitor General
Coke Morgan Stewart
  Deputy Attorney General
Lucas W.E. Croslow*
  Deputy Solicitor General
Office of the Attorney General of Virginia
Richmond, VA 23219
(814) 786-7704
AFerguson@oag.state.va.us
LCroslow@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

PATRICK MORRISEY
West Virginia Attorney General
Lindsay S. See
  Solicitor General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
Lindsay.s.see@wvago.gov

*Counsel for the State of West Virginia*

                                                                                                                                                  *\* Pro Hac Vice Forthcoming*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I presented the above and foregoing for filing and uploading to the CM/ECF system which will send electronic notification of such filing to all counsel of record.

      Alexandria, Louisiana, this 4th day of February, 2022.

                                      */s/Elizabeth Murrill*
                                         OF COUNSEL