IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY; | Civil Action No. 3:21-cv-03970 |
| THE STATE OF MONTANA, By and through its Attorney General, AUSTIN KNUDSEN; | District Judge Terry A. Doughty |
| THE STATE OF ARIZONA, By and through its Attorney General, MARK BRNOVICH; | Magistrate Judge Kayla D. McClusky |
| THE STATE OF ALABAMA, By and through its Attorney General, STEVE MARSHALL; | |
| THE STATE OF GEORGIA, By and through its Attorney General, CHRISTOPHER M. CARR; | |
| THE STATE OF IDAHO, By and through its Attorney General, LAWRENCE G. WASDEN; | |
| THE STATE OF INDIANA, By and through its Attorney General, THEODORE M. ROKITA; | |
| THE COMMONWEALTH OF KENTUCKY, By and through its Attorney General, DANIEL CAMERON; | |
| THE STATE OF MISSISSIPPI, By and through its Attorney General, LYNN FITCH; | |
| THE STATE OF OHIO, By and through its Attorney General, DAVE YOST; | |

1

THE STATE OF OKLAHOMA, By and through its Attorney General, JOHN M. O'CONNOR;

THE STATE OF SOUTH CAROLINA, By and through its Attorney General, ALAN WILSON;

THE STATE of TENNESSEE, By and through its Attorney General, HERBERT H. SLATERY III;

THE STATE OF UTAH, By and through its Attorney General, SEAN D. REYES;

THE COMMONWEALTH OF VIRGINIA, By and through its Attorney General, JASON S. MIYARES;

THE STATE OF WEST VIRGINIA, By and through its Attorney General, PATRICK MORRISEY;

      PLAINTIFFS,

v.

XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, et al.,

THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES;

CHIQUITA BROOKS-LASURE, in her official capacity of Administrator of the Centers for Medicare & Medicaid Services;

CENTERS FOR MEDICARE & MEDICAID SERVICES;
      DEFENDANTS.

2

## **PROPOSED ORDER**

Considering the foregoing Motion for Leave to File Second Amended, Supplemental, and Restated Complain filed by Plaintiff States,

IT IS ORDERED that the Motion is GRANTED.

SO ORDERED on this, the ___ day of _____, 2022.

> _____
> U.S. Magistrate Judge