**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**U.S. DISTRICT JUDGE**
**February 7, 2022**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 3:21-CV-03970** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **XAVIER BECERRA ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

Government Defendants[1] filed an Opposition [Doc. No. 55] to Plaintiff States'[2] Motion for Leave to File Second Amended, Supplemental, and Restated Complaint [Doc. No. 51] on February 7, 2022. Plaintiff States shall file a reply to the Opposition by Tuesday, February 8, 2022, at 5:00 p.m., C.S.T. In particular, the Court urges Plaintiff States to reply to Government Defendants' claim that the notice of appeal deprives this Court of jurisdiction [Doc. No. 55, p. 15].

TAD

*TAD* (signature)

---

[1] Government Defendants consist of Xavier Becerra, in his official capacity as Secretary of Health and Human Services, The U.S. Department of Health and Human Services ("DHH"), Chiquita Brooks–Lasure, in her official capacity as Administrator of the Center for Medicare and Medicaid Services ("CMS").

[2] Plaintiff States consist of Louisiana, Montana, Arizona, Alabama, Georgia, Idaho, Indiana, Mississippi, Oklahoma, South Carolina, Utah, West Virginia, Kentucky, Ohio, Tennessee, and Virginia.