## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY; | Civil Action No. 3:21-cv-03970 |
| THE STATE OF MONTANA, By and through its Attorney General, AUSTIN KNUDSEN; | District Judge Terry A. Doughty<br><br>Magistrate Judge Kayla D. McClusky |
| THE STATE OF ARIZONA, By and through its Attorney General, MARK BRNOVICH; | |
| THE STATE OF ALABAMA, By and through its Attorney General, STEVE MARSHALL; | |
| THE STATE OF GEORGIA, By and through its Attorney General, CHRISTOPHER M. CARR; | |
| THE STATE OF IDAHO, By and through its Attorney General, LAWRENCE G. WASDEN; | |
| THE STATE OF INDIANA, By and through its Attorney General, THEODORE M. ROKITA; | |
| THE COMMONWEALTH OF KENTUCKY, By and through its Attorney General, DANIEL CAMERON; | |
| THE STATE OF MISSISSIPPI, By and through its Attorney General, LYNN FITCH; | |
| THE STATE OF OHIO, By and through its Attorney General, DAVE YOST; | |

1

THE STATE OF OKLAHOMA, By and through its Attorney General, JOHN M. O'CONNOR;

THE STATE OF SOUTH CAROLINA, By and through its Attorney General, ALAN WILSON;

THE STATE OF UTAH, By and through its Attorney General, SEAN D. REYES;

THE STATE OF WEST VIRGINIA, By and through its Attorney General, PATRICK MORRISEY;

Plaintiffs,

v.

XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, et al.,

THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES;

CHIQUITA BROOKS-LASURE, in her official capacity of Administrator of the Centers for Medicare & Medicaid Services;

CENTERS FOR MEDICARE & MEDICAID SERVICES;

Defendants.

### Notice of Plaintiff's Motion for Remand Filed in the U.S. Court of Appeals for the Fifth Circuit

The Plaintiff States respectfully give notice that, on February 10, 2022, they

filed an Emergency Notice of Indicative Ruling and Motion for Remand with the U.S.

2

Court of Appeals for the Fifth Circuit.  The Fifth Circuit has now set the briefing schedule for this matter:

- Thursday February 10: Plaintiff States' Emergency Motion Filed
- Friday, February 11 at 5:00PM CT: Defendant's Response Due
- Saturday February 12 at 1:00PM CT: Plaintiff States' Reply Due

The Plaintiff States' Motion for Leave to File a Second Amended Complaint remains pending before this Court.  Under Fed. R. of Civ. P. 62.1(c), that motion can be considered by this Court pending the ruling of the Fifth Circuit on Plaintiff States' Emergency Motion for Remand.  Given that the next compliance deadline occurs this Monday, February 14, 2022, the Plaintiff States will continue working expeditiously to resolve this matter.

Dated: February 11, 2022

Respectfully Submitted,

By: /s/ *Elizabeth B. Murrill*

AUSTIN KNUDSEN
Montana Attorney General
DAVID DEWHIRST
  Solicitor General
KATHLEEN L. SMITHGALL
  Assistant Solicitor General
215 North Sanders Street
Helena, MT 59601
David.Dewhirst@mt.gov
Kathleen.Smithgall@mt.gov

*Counsel for the State of Montana*


MARK BRNOVICH
  Arizona Attorney General
ANTHONY R. NAPOLITANO*
ROBERT J. MAKAR*
  Assistant Attorneys General
2005 North Central Avenue
Phoenix, AZ 85004
Anthony.Napolitano@azag.gov
Robert.Makar@azag.gov
ACL@azag.gov

*Counsel for the State of Arizona*

ELIZABETH B. MURRILL (La #20685)
  Solicitor General
J. SCOTT ST. JOHN (La #36682)
  Deputy Solicitor General
MORGAN BRUNGARD
JOSIAH KOLLMEYER (La #39026)
  Assistant Solicitors General
LOUISIANA DEPARTMENT OF
JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
brungardm@ag.louisiana.gov
kollmeyerj@ag.louisiana.gov

JIMMY R. FAIRCLOTH, JR.
(La. #20645)
jfaircloth@fairclothlaw.com
MARY KATHERINE PRICE
(La. #38576)
kprice@fairclothlaw.com
Faircloth Melton Sobel & Bash, LLC
105 Yorktown Drive
Alexandria, Louisiana 71303
Telephone: (318) 619-7755
Facsimile: (318) 619-7744

*Counsel for the State of Louisiana*

STATE OF ALABAMA
Office of the Attorney General Steve
Marshall
EDMUND G. LACOUR JR.*
  Solicitor General
THOMAS A. WILSON*
  Deputy Solicitor General
Office of the Attorney General
501 Washington Ave.
Montgomery, AL 36130
Tel.: (334) 353-2196
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov

*Counsel for the State of Alabama*


CHRISTOPHER M. CARR
Georgia Attorney General
STEPHEN J. PETRANY
  Solicitor General
DREW F. WALDBESER*
  Deputy Solicitor General
ROSS W. BERGETHON
  Deputy Solicitor General
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
spetrany@law.ga.gov
dwaldbeser@law.ga.gov

*Counsel for the State of Georgia*

LAWRENCE G. WASDEN
Idaho Attorney General
BRIAN KANE*
  Chief Deputy Attorney General
LESLIE M. HAYES
MEGAN A. LARRONDO
  Deputy Attorneys General
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: 208-334-2400
Facsimile: 208-854-8071
brian.kane@ag.idaho.gov
leslie.hayes@ag.idaho.gov
megan.larrondo@ag.idaho.gov

*Counsel for the State of Idaho*


LESLIE M. HAYES
MEGAN A. LARRONDO
  Deputy Attorneys General
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: 208-334-2400
Facsimile: 208-854-8071
brian.kane@ag.idaho.gov
leslie.hayes@ag.idaho.gov
megan.larrondo@ag.idaho.gov

*Counsel for the State of Idaho*


THEODORE M. ROKITA
Indiana Attorney General
THOMAS M. FISHER
  Solicitor General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN  46204
Tom.fisher@atg.in.gov

*Counsel for the State of Indiana*

5

DANIEL CAMERON
Kentucky Attorney General
MARC MANLEY
  Assistant Attorney General
700 Capital Avenue, Suite 118
Frankfort, KY 40601
Marc.Manley@ky.gov

*Counsel for the Commonwealth of Kentucky*


LYNN FITCH
Attorney General of Mississippi
WHITNEY H. LIPSCOMB*
  Deputy Attorney General
JOHN V. COGHLAN*
  Deputy Solicitor General
State of Mississippi
Office of the Attorney General
550 High Street
Jackson, MS 39201
Tel: (601) 359-3680

*Counsel for the State of Mississippi*


DAVE YOST
Ohio Attorney General
MAY DAVIS*
  Deputy Solicitor General
615 W. Superior Ave., 11th Floor
Cleveland, OH 44113
May.Davis@OhioAGO.gov

*Counsel for the State of Ohio*


*Pro Hac Vice Motions Forthcoming*


JOHN M. O'CONNOR
Attorney General of Oklahoma
MITHUN MANSINGHANI*
  Solicitor General
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921

*Counsel for the State of Oklahoma*


ALAN WILSON
South Carolina Attorney General
THOMAS T. HYDRICK
  Assistant Deputy Solicitor General
Office of the Attorney General
Post Office Box 11549
Columbia, SC 29211
thomashydrick@scag.gov

*Counsel for the State of South Carolina*


SEAN D. REYES
Utah Attorney General
MELISSA A. HOLYOAK*
  Solicitor General
350 N. State Street, Suite 230
Salt Lake City, UT 84114
melissaholyoak@agutah.gov

*Counsel for the State of Utah*


PATRICK MORRISEY
West Virginia Attorney General
LINDSAY S. SEE
  Solicitor General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
Lindsay.s.see@wvago.gov

*Counsel for the State of West Virginia*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I presented the above and foregoing for filing and uploading to the CM/ECF system which will send electronic notification of such filing to all counsel of record.

Baton Rouge, Louisiana, this 11th day of February 2022.

*/s/ Elizabeth B. Murrill*
OF COUNSEL