IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*,<br><br>   Plaintiffs,<br><br>      v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services *et al.*,<br><br>   Defendants. | Case No. 3:21-cv-03970 |

**ORDER**

Upon consideration of Defendants' Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint [doc. #62],

IT IS HEREBY ORDERED that the Motion is GRANTED. It is ORDERED that Defendants shall file an answer or otherwise respond to Plaintiffs' First Amended Complaint no later than 14 days following the Fifth Circuit's disposition of Plaintiffs' pending rehearing petition.

DATE: February 28, 2022.

                                                UNITED STATES MAGISTRATE JUDGE