**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**
**June 16, 2022**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 3:21-CV-03970** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **XAVIER BECERRA ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

Following the Judgment/Mandate of the United States Court of Appeals for the Fifth Circuit [Doc. No. 80] in this case, the Court is setting a telephone status conference with the parties in this matter. Accordingly, a telephone status conference will be held before Judge Terry A. Doughty on Wednesday, June 29, 2022, at 1:30 p.m., C.S.T. Call-in information will be provided by email to counsel.

TAD

