**MINUTES OF STATUS CONFERENCE**
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**
**June 29, 2022**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO.  3:21-CV-03970** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **XAVIER BECERRA ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

A telephone status conference was held in the above referenced matter on June 29, 2022, beginning at 1:30 p.m. Participating on behalf of Plaintiff States were Elizabeth Murrill, Robert Makar, and David Dewhirst. Participating on behalf of Government Defendants were Joel McElvain and Jonathan Kossak. Also participating were Stephanie Stone, Law Clerk; Amy Crawford, Deputy Clerk of Court; and Shelby Parks, extern.

Participants discussed the current standing of the case after it went to the Supreme Court of the United States and then was vacated and remanded back to this Court from the United States Court of Appeals for the Fifth Circuit. Plaintiff States informed the Court that they intend on filing a Motion to Amend the Complaint. Plaintiff States said this would be filed within the next ten (10) days.

The status conference ended at 1:45 p.m.

TAD