# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA, ET AL.** | **CIV. ACTION NO. 3:21-03970** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **XAVIER BECERRA, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 91] having been considered, together with the Objection [Doc. No. 92] filed by Plaintiffs, and the Reply [Doc. No. 93] filed by Defendants, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted [Doc. No. 64] is **GRANTED**, and Plaintiffs' Complaint, as amended, is hereby **DISMISSED**, **WITH PREJUDICE**, in its entirety. FED. R. CIV. P. 12(b)(6). The case is closed.

Monroe, Louisiana, this 2nd day of December 2022.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE